UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>MIGUEL JIMENEZ-VALENZUELA,<br><br>　　　　Defendant. | Case No. CR 07-00254-001-S-EJL<br><br>**ORDER FOR REMISSION** |

Plaintiff, United States of America, having petitioned for the remission of the Special Assessment balance of $100.00 in the above referenced case, and the Court having reviewed the matter, it is hereby ORDERED that the government's Petition to Remit (ECF No.25) is **GRANTED.**

DATED: September 26, 2014

_____
Edward J. Lodge
United States District Judge